# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0616
Lower Tribunal No. 17-17351
_____

**Bertha Fertil**,
Appellant,

vs.

**University of Miami, etc., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Beck & Lee, P.A., and Jared H. Beck and Elizabeth Lee Beck, for appellant.

Wicker Smith O'Hara McCoy & Ford, P.A., and Jessica L. Gross and Leslie A. McCormick, for appellees.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Fertil v. Univ. of Miami, 48 Fla. L. Weekly D2338a (Fla. 3d DCA Dec. 13, 2023) (affirming final summary judgment against Fertil and in favor of defendants below); see also Taufer v. Wells Fargo Bank, N.A., 278 So. 3d 335, 337 (Fla. 3d DCA 2019) ("The appellants did not raise the issue below and cannot raise it for the first time on appeal. Gables Ins. Recovery, Inc. v. Citizens Prop. Ins. Corp., 261 So. 3d 613, 620 (Fla. 3d DCA 2018) ("[I]n order to raise an issue on appeal, it must be presented to the trial court, and the specific legal argument or ground to be argued on appeal must be part of that presentation." (quotation omitted)).